NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRACKTIME, LLC,**
*Plaintiff-Appellant*

**v.**

**AMAZON.COM SERVICES LLC, AUDIBLE, INC.,**
*Defendants-Appellees*

**AMAZON.COM, INC., AMAZON.COM LLC, AMZN MOBILE LLC, AMAZON WEB SERVICES, INC., AMAZON DIGITAL SERVICES, LLC,**
*Defendants*

---

2024-1102

---

Appeal from the United States District Court for the District of Delaware in No. 1:18-cv-01518-MN, Judge Maryellen Noreika.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of TrackTime, LLC's unopposed motion to hold this appeal in abeyance pending the district

court's resolution of pending motions listed under Federal Rule of Appellate Procedure 4(a)(4),

IT IS ORDERED THAT:

The appeal is deactivated. Within seven days of the date of entry of the district court's disposition of the motions, the parties are directed to inform the court as to how they believe this appeal should proceed.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

November 8, 2023
Date