# United States Court of Appeals for the Federal Circuit

---

**TRACKTIME, LLC,**
*Plaintiff-Appellant*

**v.**

**AMAZON.COM SERVICES LLC, AUDIBLE, INC.,**
*Defendants-Appellees*

---

2024-1102

---

Appeal from the United States District Court for the District of Delaware in No. 1:18-cv-01518-MN, Judge Maryellen Noreika.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED IN PART, VACATED IN PART, AND REMANDED**

FOR THE COURT

July 2, 2026
Date

Jarrett B. Perlow
Clerk of Court